SCWC-15-0000865

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,
vs.
MATTHEW SEAN SASAI, Petitioner/Defendant-Appellee,
(CAAP-15-0000865; CASE NO. 1DCW-14-0004628)


AND


STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant/Cross-Appellee,
vs.
BRENT N. TANAKA, Petitioner/Defendant-Appellee/Cross-Appellant.
(CAAP-15-0000866; CASE NO. 1DCW-14-0005843)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000865)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed October 29, 2018, is corrected as follows:

On page 19, the Roman numeral heading "II" before "Standards of Review" shall be replaced with the Roman numeral heading "III."

On page 20, the Roman numeral heading "III" before "Discussion" shall be replaced with the Roman numeral heading "IV."

On page 30, line 17, the Roman numeral "III" shall be replaced with the Roman numeral "IV."

On page 36, the Roman numeral heading "IV" before "Conclusion" shall be replaced with the Roman numeral heading "V."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, November 2, 2018.

/s/ Sabrina S. McKenna
Associate Justice